|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDEX GROUND PACKAGE SYSTEM, INC., | Case No. 2:11-cv-06893-ODW(OPx) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE. FAILURE TO FILE STATUS REPORT [33]** |
| v. | |
| BLACKHAWK MANUFACTURING, INC., | |
| Defendant. | |

On April 29, 2013, the Court granted the parties' Joint Stipulation and continued the trail date in this action to November 12, 2013. (ECF No. 33.) The Court set the last date to conduct the settlement conference for August 2, 2013, and ordered the parties to file the Joint Status Report by August 26, 2013. (*Id.*) The parties have not yet filed their status report with this Court, and the October 21, 2013 Pre-trial Conference is fast approaching.

The Court **ORDERS** the parties to **SHOW CAUSE**, in writing, by **Wednesday, October 16, 2013**, why they have not participated in the settlement conference and filed the Joint Status Report ordered by this Court. No hearing will be held. Failure to timely respond may result in either dismissal for lack of prosecution,

/ / /

or entry of default against defendant. Failure to comply with the Local Rules in the future may subject the parties to sanctions at the Court's discretion under Local Rule 83-7.

**IT IS SO ORDERED.**

October 11, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**